E-FILED: **6/18/10**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX FUEL, LLC, et al., <br><br> Defendants. | CASE NO. CV 09-3387-GHK (RZx) <br><br> JUDGMENT |

    This matter having come before this Court on Plaintiff The CIT Group/Business Credit, Inc.'s ("Plaintiff") Motion for Summary Judgment ("Motion") against Defendants Robert V. Lyle, Jr. and Susan S. Lyle ("the Lyle Defendants");

    AND, the Court having read and considered the pleadings, declarations, and exhibits submitted in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

    AND, pursuant to our June 18, 2010 Order granting Plaintiff's Motion, issued concurrently herewith, and good cause appearing therefore, the Court finds no just reason

to delay the entry of judgment and hereby expressly directs the entry of judgment in favor of Plaintiff and against the Lyle Defendants pursuant to Federal Rule of Civil Procedure 54(b).  IT IS HEREBY **ADJUDGED** THAT:

   1) Plaintiff **SHALL** have judgment against the Lyle Defendants in the total sum of $333,067.90.

   2) Plaintiff **SHALL** have post-judgment interest according to the statutory rate set forth in 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

DATED: June 18, 2010

_____
GEORGE H. KING
United States District Judge