RICHARD W. BRUNETTE, Cal. Bar No. 81621
THERESA W. BANGERT, Cal. Bar No. 232803
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213-620-1780
Facsimile: 213-620-1398
Email: rbrunette@sheppardmullin.com
tbangert@sheppardmullin.com

E-FILED 08-03-10

Attorneys for Plaintiff
THE CIT GROUP/BUSINESS CREDIT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, for itself and as agent,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX FUEL, LLC, a Wyoming limited liability company; ROBERT V. LYLE, Jr., as trustee of THE LYLE FAMILY TRUST dated October 24, 1986; and SUSAN S. LYLE, as trustee of THE LYLE FAMILY TRUST dated October 24, 1986, inclusive,<br><br>Defendants. | Case No. CV 09-3387 GHK (RZx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST PHOENIX FUEL, LLC, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(1) AND LOCAL RULE 55<br><br>Pursuant to Court's Order filed 07/21/10 |

-1-

## **JUDGMENT**

Based on the Court's Order dated July 21, 2010, granting the Application of The CIT Group/Business Credit, Inc. ("CIT"),

IT IS HEREBY ORDERED that judgment is entered against Phoenix Fuel, LLC in favor of The CIT Group/Business Credit, Inc., as follows:

The plaintiff CIT Group/Business Credit, Inc. shall recover from the defendant Phoenix Fuel, LLC, the amount of $333,067.90, plus attorneys' fees in the amount of $10,261.36 under Local Rule 55-3, and post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961(a) of 0.28%.

DATED: 8/3/10          Irene Ramirez, Deputy Clerk